UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF IL[LINOIS]
EASTERN DIVISION

Plaintiff(s) Joyce A. Watson

v.

Defendant(s) Jim Oachs
Lolita Saxon
Glen Oaks Nursing Home

Case No. _____

FILED
Jun 24, 2008
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT [COURT]

08CV3598
JUDGE PALLMEYER
MAG. JUDGE DENLOW

MOTION FOR APPOINTMENT OF C[OUNSEL]

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Joyce A. Watson, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Joyce A. Watson
Movant's Signature

1826 Carolina Street
Street Address

June 24, 2008
Date

Gary, Indiana 46407
City, State, ZIP