## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3598 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Joyce A. Watson vs. Jim Dachs, et al | | |

**DOCKET ENTRY TEXT**

Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Watson can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 3) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. Status hearing set for 9/2/2008 at 9:00 a.m., courtroom 2119.

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

Plaintiff Joyce A. Watson has submitted a *pro se* complaint of employment discrimination together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Watson can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 3) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process.

Ms. Watson's motion for appointment of counsel is incomplete, as she has provided no explanation of what efforts, if any, she has made to find counsel on her own. Such information is called for in paragraph 2 of the court's form motion before the court will appoint an attorney. Ms. Watson is encouraged to seek counsel to represent her, either on a contingency or at reduced cost. A list of legal services is attached to this order.