# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>JOYCE A. WATSON, Plaintiff<br>v.<br>SIM DACHS, LOLITA SAZON<br>and GLEN OAKS NURSING HOME,<br>       Defendants. | Case Number: 08CV3598 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Sim Dachs, Lolita Sazon, and Glen Oaks Nursing Center

---

| NAME (Type or print) |
|---|
| Paul E. Bateman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Paul E. Bateman |

| FIRM |
|---|
| Littler Mendelson, P.C. |

| STREET ADDRESS |
|---|
| 200 North LaSalle Street, Suite 2900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06188371 | 312-372-5520 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |