U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JOYCE A. WATSON, Plaintiff<br>v.<br>SIM DACHS, LOLITA SAZON<br>and GLEN OAKS NURSING HOME,<br>                Defendants. | Case Number: 08CV3598 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Sim Dachs, Lolita Sazon, and Glen Oaks Nursing Center

| |
|---|
| NAME (Type or print)<br>Alan A. Satyr |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Alan A. Satyr |
| FIRM<br>Littler Mendelson, P.C. |
| STREET ADDRESS<br>200 North LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238021 | TELEPHONE NUMBER<br>312-372-5520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |